UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BLAINE JOHNSTON,

    Plaintiff

v.

SOFTWARE HOUSE INTERNATIONAL, INC.

    Defendant

_____/

Case No.
006-02297 (SBA)

## ORDER

Having Considered the Parties' Stipulation Extending the Date by Which Mediation is to be Conducted; it is HEREBY ORDERED that Mediation in this case is to be concluded on or before September 20, 2006.

So Ordered this _7th day of August, 2006.

                                                   Saundra Brown Armstrong
                                                 United States District Judge