IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BLAINE JOHNSTON,　　　　　　　　　　　　　　　　　　No. C 06-02297 SBA

　　　　　Plaintiff,　　　　　　　　　　　　　　　　　　　　**ORDER**

v.

SOFTWARE HOUSE INTERNATIONAL, INC.,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　　/

　　　This matter comes before the Court on the parties' joint stipulation to request that the Court vacate all currently scheduled dates and stay all actions in this matter due to the death of the plaintiff Blaine Johnston.

　　　Good cause appearing,

　　　IT IS HEREBY ORDERED THAT the dates in the Case Management Order for this case, including the trial date, be and are hereby VACATED, and that all actions in this case be STAYED.

　　　IT IS FURTHER ORDERED THAT Plaintiff's counsel will provide the Court with a status report by no later than June 14, 2007, and every 30 days thereafter until the probate court has ruled on this matter, and will forthwith inform the Court, and defendants, as soon as the probate court has ruled on this matter.

　　　IT IS SO ORDERED.

Dated: 3/19/07　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge