Jody I. LeWitter  #l24794
Latika Malkani #184301
Sarah C. Beard #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
firm@sl-employmentlaw.com

Attorneys for Plaintiff

Alisa H. Reff  (admitted *pro hac vice*)
Gregory W. Homer  (admitted *pro hac vice*)
DRINKER BIDDLE & REATH, LLP
Suite 1100, 1500 K. Street, N.W.
Washington, D.C.  20005-1209
(202) 842-8800
(202) 942-8465 (fax)
Email: alisa.reff@dbr.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE JOHNSTON, | Case No. C06-02297 SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SUBSTITUTING VICKIE GORGONE, TRUSTEE OF THE BLAINE JOHNSTON FAMILY TRUST, FOR PLAINTIFF BLAINE JOHNSTON** |
| v. | |
| SOFTWARE HOUSE INTERNATIONAL, INC., | |
| Defendant. | |

NOW COME the parties by and through their counsel, and hereby stipulate to substituting

Vickie Gorgone, Trustee for The Blaine Johnston Family Trust, as the plaintiff in this matter for

the following reasons:

1.      On February 20, 2007, plaintiff's counsel was notified that the plaintiff, Blaine

Johnston, had died on that date.  Plaintiff's counsel notified defendant's counsel on that same

date;

2.      On March 12, 2007, plaintiff's counsel filed a Statement Regarding Death of the Plaintiff with this Court, pursuant to Federal Rule of Civil Procedure 25.  The parties, by and through their counsel, also filed a stipulation on March 12, 2007 to request that the Court vacate all dates in the Case Management Order and stay all actions in the matter due to plaintiff's death, until the probate court had ruled on whether this case was an asset of the trust plaintiff had established prior to his death;

3.      On March 19, 2007, this Court vacated the dates in the Case Management Order and ordered that all actions in the case be stayed, and ordered that plaintiff's counsel inform the Court as soon as the probate court had ruled on the matter;

4.      On May 15, 2007, the probate court ordered that this case, *Johnston v. Software House International, Inc.*, is an asset of The Blaine Johnston Family Trust, and is subject to the management and control of the Trustee of The Blaine Johnston Family Trust, Vickie Gorgone.

THEREFORE, IT IS HEREBY STIPULATED between the parties to the above case by and through their attorneys of record that Vickie Gorgone, Trustee of The Blaine Johnston Family Trust, is hereby substituted for the plaintiff, Blaine Johnston.

DATED:    June 5, 2007                              Respectfully submitted,

                                                    SIEGEL & LEWITTER


                                            By:  _____/s/_____
                                                    Jody I. LeWitter
                                                    Latika Malkani
                                                    Sarah C. Beard

                                                    Attorneys for Plaintiff,
                                                    Blaine Johnston


DATED:    June 5, 2007                              Respectfully submitted,

                                                    DRINKER BIDDLE & REATH LLP


                                            By:  _____/s/_____
                                                    Alisa H. Reff

                                                    Attorneys for Defendant,
                                                    Software House International, Inc.

2

STIPULATION & [PROPOSED] ORDER SUBSTITUTING VICKIE GORGONE, TRUSTEE OF THE BLAINE JOHNSTON FAMILY TRUST, FOR PLAINTIFF BLAINE JOHNSTON – NO. C06-02297 SBA

**ORDER**

This matter having come before the Court on the attached stipulation of the parties, it is hereby ordered that Vickie Gorgone, Trustee of The Blaine Johnston Family Trust, is hereby substituted for the plaintiff, Blaine Johnston.

DATED:  __6-14-_____, 2007

_____
Hon. Saundra Brown Armstrong
Judge of the Northern District Court

STIPULATION & [PROPOSED] ORDER SUBSTITUTING VICKIE GORGONE, TRUSTEE OF THE BLAINE JOHNSTON FAMILY TRUST, FOR PLAINTIFF BLAINE JOHNSTON – NO. C06-02297 SBA