```
                   UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA


JOHNSTON,                    )      No. C06-02297 SBA
            Plaintiff,       )
                             )      ORDER DISMISSING ACTION
     vs.                     )
                             )
 SOFTWARE HOUSE              )
INTERNATIONAL, INC.,         )
                             )
            Defendant.       )
                             )
```

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

IT IS SO ORDERED.

DATED: 11/26/07

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge